RECEIVED
IN ALEXANDRIA, LA.

JUL 3 0 2013

TONY R. MOORE, CLERK
BY _____
                DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

DECAMEO M. REYNOLDS            *    CIVIL ACTION NO.   12-2448

VERSUS                          *    JUDGE JAMES T. TRIMBLE, JR.

WARDEN, LOUISIANA STATE        *    MAG. JUDGE KAREN L. HAYES
PENITENTIARY

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED the petition for *habeas corpus* filed by Petitioner Decameo M. Reynolds [docs. # 1, 4] is **DENIED and DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this 30th day of July , 2013, in Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE